1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   GREGORY ANDREW HALL,
11              Plaintiff,                    No. CIV S-05-1556 DFL KJM P
12        vs.
13   C. PLILER, et al.,
14              Defendants.                   ORDER
15   _____/
16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42
17   U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the
18   required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity
19   either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or
20   to submit the appropriate filing fee.
21              In accordance with the above, IT IS HEREBY ORDERED that:
22              1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24   Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the
25   dismissal of this action; and
26   /////

1

1       2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: August 15, 2005.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

/kf
hall1556.3a