IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                        No. CIV S-05-1556 DFL KJM P

    vs.

C. PLILER, et al,

    Defendants.

_____/          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $1.56 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be

1

forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  Plaintiff is assessed an initial partial filing fee of $1.56.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendants: Pliler, Stiles, Rosario, Gold, Connor, Goughnor, Uglino, Smith, Lord, Murphy, Rogel, Johnson, Gonzales, Ranzany, Kimbrell, Burruell, Peterson, Jaffe, Schrode, Ewing, Kelly, Clavere, Shoemaker, Baxter, Ramirez and Sagasta insofar as the complaint alleges these defendants took various actions in retaliation for plaintiff's pursuit of complaints against staff, but not insofar as plaintiff alleges a conspiracy among these defendants.

4. The Clerk of the Court shall send plaintiff twenty six USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 4, 2005.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Twenty seven copies of the endorsed complaint filed August 4, 2005.

1  6. Plaintiff need not attempt service on defendants and need not request waiver of
2 service.  Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4
4 without payment of costs.

5 DATED:  December 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
hall1556.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                        No. CIV S-05-1556 DFL KJM P

    vs.

C. PLILER, et al.,                   NOTICE OF SUBMISSION

    Defendants.                 OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the  8/0/4/05
                               Complaint

DATED:

                                           _____
                                           Plaintiff