1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  GREGORY ANDREW HALL,
11          Plaintiff,                     No. CIV S-05-1556 DFL KJM P
12      vs.
13  C. PLILER, et al.,
14          Defendants.                    ORDER
15  _____/
16          Plaintiff is a former prisoner who is proceeding pro se and in forma pauperis.
17  Plaintiff seeks relief based on 42 U.S.C. § 1983.
18          On April 14, 2006, the court ordered the United States Marshal to serve the
19  complaint on defendants.  Process directed to defendants C. Gonzales and J. Ramirez was
20  returned unserved with the notation "unable to locate."  Process directed to defendant Smith was
21  returned unserved, with the notation that the "facility has more than one Smith."  Plaintiff must
22  provide additional information to serve these defendants.  Plaintiff shall promptly seek such
23  information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et
24  seq., or other means available to plaintiff.  If access to the required information is denied or
25  unreasonably delayed, plaintiff may seek judicial intervention.
26  /////

                                               1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed August 4, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. Completed USM-285 forms for defendants J. Ramirez, C. Gonzalez and Smith;

    b. Four copies of the endorsed complaint filed August 4, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
hall1556.8e(2)

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

      Plaintiff,                                 No. CIV S-05-1556 DFL KJM P

      vs.

C. PLILER, et al.,                            NOTICE OF SUBMISSION

      Defendants.                           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form (if not previously provided)

        3        completed USM-285 forms

        4        copies of the August 4, 2005
                                Complaint

DATED:

                                                          Plaintiff