IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

        Plaintiff,                  No. CIV S-05-1556 DFL KJM P

   vs.

C. PLILER, et al.,

        Defendants.          ORDER AND ORDER TO SHOW CAUSE

_____/

       This court directed the United States Marshal to serve all process on twenty six defendants without prepayment of costs. On May 30, 2006, the Marshal returned the summons and complaint indicating that defendants Pliler, Uglino, Shoemaker, Murphy, Baxter, Stiles, Ewing, Lord, Ranzany, Kimbrell, Jaffe, Peterson, Kelly, Clavere, Rosario, Goughnour, Gold, Johnson, Connor and Schrode waived service of summons.  These defendants have not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants Pliler, Uglino, Shoemaker, Murphy, Baxter, Stiles, Ewing, Lord, Ranzany, Kimbrell, Jaffe, Peterson, Kelly, Clavere, Rosario, Goughnour, Gold, Johnson, Connor and Schrode show cause, within twenty days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendants Pliler, Uglino, Shoemaker, Murphy, Baxter, Stiles, Ewing, Lord, Ranzany, Kimbrell, Jaffe, Peterson, Kelly, Clavere, Rosario, Goughnor, Gold, Johnson, Connor and Schrode at CSP-Sacramento, P.O. Box 29-0066, Represa, California 95671; and

3. The Clerk of the Court is directed to serve a copy of this order on Kelli M. Hammond, Deputy Attorney General.

DATED: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE

2
hall1556.77