IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,               No. CIV S-05-1556 DFL KJM P

    vs.

C. PLILER, et al.,

    Defendants.         <u>ORDER</u>

/

    On April 13, 2007, this court filed an order to show cause, directing defendants to show cause why a default judgment should not be entered against them. On April 20, 2007, defendants filed their answer to the complaint. Accordingly, the order to show cause is discharged.

    IT IS SO ORDERED.

DATED: May 3, 2007.

                                                                     U.S. MAGISTRATE JUDGE

2
hall1556.dosc

1