IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,

vs.

C. PLILER, et al.,

    Defendants.

No. Civ. S-05-1556 DFL KJM P

ORDER

_____/

    The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: 6/6/07

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

/////

/////

/////

1

NOTICE

This case is reassigned to Judge Craig M. Kellison as the new Magistrate Judge in this case.

DATED:

VICTORIA MINOR

By: _____
Deputy Clerk

Hall1556.rec