IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDREW HALL, | No. CIV S-05-1556-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. PLILER, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2007, plaintiff was ordered to show cause why defendants Gonzales and Smith should not be dismissed for failure to serve process. Plaintiff responded to this order to show cause on October 9, 2007. The order to show cause will therefore be discharged.

    Plaintiff's response provided additional information to effect service on defendants Gonzales and Smith. Accordingly, plaintiff will be provided the required documents to effect service on these defendants. Plaintiff is informed that action on his part is required, and this case cannot proceed against these defendants until he complies with this order. Plaintiff will be required to complete the Notice of Submission of Documents and submit to the

///

court the documents listed below.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.        The order to show cause issued on September 5, 2007 is discharged;

        2.        The Clerk of the Court shall send plaintiff two USM-285 forms, one for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed August 4, 2005; and

        3.        Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.        The completed Notice of Submission of Documents;

        b.        One completed summons;

        c.        Two completed USM-285 form(s); and

        d.        Three copies of the endorsed complaint filed August 4, 2005.

DATED:  November 15, 2007

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ANDREW HALL, | No. CIV S-05-1556-RRB-CMK-P |
| Plaintiff, | |
| vs. | NOTICE OF SUBMISSION OF DOCUMENTS |
| C. PLILER, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    _____    completed USM-285 form(s); and

    _____    copies of the complaint filed on August 4, 2005.

DATED: _____                    _____

                                                                                               Plaintiff