IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ANDREW HALL, | | No. CIV S-05-1556-RRB-CMK-P |
| Plaintiff, | | |
| vs. | | ORDER |
| C. PLILER, et al., | | |
| Defendants. | | |
| _____ / | | |

      Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the court order filed November 15, 2007, plaintiff was required to complete a Notice of Submission of Documents and return it to the court with the documents required for service of process on defendants Gonzales and Smith within 30 days.  More than 30 days have elapsed and plaintiff has not complied.  The documents have not been received by the court.

      Plaintiff will be required to show cause within 30 days why defendants Gonzales and Smith should not be dismissed from this action.  Filing of the required documents, within the within the time provided herein, will constitute an adequate response to this order to show cause.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this
2  order, plaintiff shall show cause, in writing, why defendants Gonzales and Smith should not be
3  dismissed from this action under Federal Rule of Civil Procedure 4(m) for failure to serve
4  process.

 DATED: January 10, 2008

                                           **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE