IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,           No. CIV S-05-1556-RRB-CMK-P

        Plaintiff,

  vs.                                            ORDER

C. PLILER, et al.,

        Defendants.

                              /

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2008, this court issued Findings and Recommendations (Doc. 46), recommending the dismissal of defendants Gonzales and Smith from this action.  The basis for this recommendation was plaintiff's failure to submit service documents for these defendants as directed.

        Plaintiff has filed objections to the Findings and Recommendations as well as submitting the service documents for these defendants.  As plaintiff has now complied with this court's previous order, the court will vacate the Findings and Recommendations filed March 27, 2008, and direct the United States Marshal to serve defendants Gonzales and Smith.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Findings and Recommendations (Doc. 46) are vacated;

        2.    The Clerk of the Court is directed to forward the instructions for service of

process, the completed summons form(s), copies of the complaint, and a copy of this order to the United States Marshal;

3. Within ten days from the date of this order, the United States Marshal is directed to notify defendants Gonzales and Smith of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);

4. The United States Marshal is directed to retain the sealed summons and a copy of the complaint in their file for future use;

5. The United States Marshal shall file returned waivers of service of summons, as well as any requests for waivers that are returned as undelivered, as soon as they are received;

6. If a waiver of service of summons is not returned by a defendant within sixty days from the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), shall command all necessary assistance from the California Department of Corrections to execute this order, and shall maintain the confidentiality of all information provided by the California Department of Corrections pursuant to this order;

    b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of summons and of the costs subsequently incurred in effecting service on said defendant;

    c. Costs incurred in effecting service shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's

office for photocopying additional copies of the summons and amended complaint and for preparing new USM-285 forms, if required; and

   d. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2);

 7. Defendants shall reply to the complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a);

 8. Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose such a motion timely may be deemed a waiver of opposition to the motion; opposition to all other motions need be filed only as directed by the court;

 9. Each party shall keep the court informed of a current address at all times while the action is pending, and any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address," which also must be properly served on all other parties; and

 10. The failure of any party to comply with this or any other court order, the Federal Rules of Civil Procedure, or the local rules of this court may result in the imposition of appropriate sanctions, including dismissal of the action or entry of default.

DATED: April 14, 2008

            /s/ Craig M. Kellison
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26