IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDREW HALL,<br><br>    Plaintiff,<br><br>  vs.<br><br>C. PLILER, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-05-1556-RRB-CMK-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Smith and Gonzales were returned unserved in May 2006. Plaintiff was ordered to provide additional information to serve these defendants. Plaintiff filed a response to the court order providing additional information for these two defendants. Accordingly, the United States Marshal was ordered to serve these defendants on April 15, 2008. However, process was again returned unserved on May 2, 2008. Process directed to Smith was returned "unable to identify, several 'Smiths' at CSP Sac." Process directed to C. Gonzales was returned "no officers by the name C. Gonzales at facility" and "per CDC locator, several C. Gonzales in database."

1    Plaintiff has been provided several opportunities to serve these two defendants.
2 He was cautioned that failure to effect service may result in the dismissal of unserved defendants.
3 See Fed. R. Civ. P. 4(m).  Plaintiff has named and served several other defendants, and this case
4 will proceed against those defendants.  The dismissal of these two defendants will not prejudice
5 plaintiff as he still has several defendants to proceed against for his retaliation claim.
6    Based on the foregoing, the undersigned recommends that defendants Smith and
7 Gonzales be dismissed from this action for failure to effect service.  This action will continue as
8 to the other served defendants.
9    These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
11 after being served with these findings and recommendations, any party may file written
12 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
13 Findings and Recommendations."  Failure to file objections within the specified time may waive
14 the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE