IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDREW HALL, | No. CIV S-05-1556-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. PLILER, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On September 5, 2007, the court vacated the remaining dates in the scheduling order, and discovery remained open, due to several unserved defendants.  The court found service appropriate for three additional defendants, who have now been served and who have appeared in this action by way of an answer filed June 4, 2008.[1]  Accordingly, the court now finds it appropriate to reset a schedule for this litigation pursuant to Rule 16(b) of the Federal Rule of Civil Procedure.

/ / /

---

[1] The defendants the court previously found service appropriate for have appeared by way of an answer filed on April 20, 2007.

1

1.      Discovery has remained opened.  As previously ordered, discovery requests shall be served by the party seeking the discovery on all parties to the action.  Discovery requests shall not be filed with the court except when required by Eastern District of California Local Rules 30-250(a), 33-250(c), 34-250(c), and/or 36-250(c).  Improperly filed discovery requests will be disregarded;

2.      Responses to written discovery requests shall be due forty-five days after the request is served;

3.      Pursuant to Federal Rule of Civil Procedure 30(a), defendant(s) may depose plaintiff and any other incarcerated witness upon condition that, at least 14 days before such a deposition, all parties are served with the notice required by Federal Rule of Civil Procedure 30(b)(1);

4.      If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules, including Federal Rules of Civil Procedure 5, 7, 11, 26, and 37 and Eastern District of California Local Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-142, and 78-230(m); unless otherwise ordered, Local Rule 37-251 shall not apply.[2]  Filing a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion;

5.      The parties may conduct discovery until November 14, 2008.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, and 36 shall be served not later than 60 days prior to this discovery cut-off date;

/ / /

---

[2] It appears that plaintiff has been released from prison. Accordingly, at any time during the pendency of this case, any party may request application of other provisions of Local Rule 78-230 in lieu of Local Rule 78-230(m). Until such request is received and granted, Local Rule 78-230(m) will continue to govern all motions to dismiss, motions for summary judgment, motions concerning discovery, and motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure.

6. All dispositive motions shall be filed within 60 days after the discovery cut-off date specified above;

7. Unless otherwise ordered, all motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a waiver of opposition to the motion; and

8. At a later stage in the proceedings, the parties will be required to submit reports on the status of this litigation. Following submission of status reports from all parties, the court will issue a final scheduling order.

IT IS SO ORDERED.

DATED: June 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE