IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,                     No. CIV S-05-1556-JAM-CMK-P

    Plaintiff,

  vs.                                              ORDER

C. PLILER, et al.,

    Defendants.

_____/

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.  On May 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 7, 2008 (Doc. 53), are adopted in full;

2. Defendants Smith and Gonzales are dismissed from this action for failure to effect service; and

3. This action will proceed as to the remaining defendants.

DATED: July 1, 2008

/s/ John A. Mendez

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE