IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDREW HALL, | No. CIV S-05-1556-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. PLILER, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for access to the law library (Doc. 62).

Plaintiff has previously asked for and was denied preferred legal user status to allow him access to the prison law library as there were no pending deadlines requiring action by plaintiff. Plaintiff's current filing indicates that he is still being denied access to the law library as well as access to writing instruments and envelopes. He is also claiming that this matter should be set for trial.

On June 13, 2008, the court issued a new scheduling order (Doc. 55). In this order, the court set the appropriate deadlines for this case to proceed to trial. Pursuant to that order, discovery is currently on-going and is to be completed by November 14, 2008. All

1  discovery requests were required to be served no later than 60 days prior to the discovery cut-off
2  date.[1]  As the November 14, 2008 date is less than 60 days away, no new discovery requests may
3  be served at this time.  Any dispositive motions must be filed by January 13, 2009.  If no
4  dispositive motions are filed by January 13, 2009, the court will order status reports and a trial
5  date will be set.
6           There are no current deadlines plaintiff is required to meet that require the use of
7  the law library.  Beyond claiming inaccessibility to the court, plaintiff does not explain his need
8  for any access to the law library or legal books, or the need for paper and pen.  As such, there is
9  no relief the court can grant.  The court will not set a deadline merely for the purpose of granting
10 plaintiff additional library time.  If plaintiff continues to experience difficulties in obtaining
11 material he believes he needs, he has the ability to file an administrative appeal, or inmate
12 grievance, with the prison.
13          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court-
14 ordered deadline or preferred legal user status (Doc. 62) is denied.

  DATED:  October 3, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The only exception would be plaintiff's deposition, which requires only a 14 day notice.