IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY ANDREW HALL,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**C. PLILER, et al. ,**<br><br>                              Defendants. | 2:05-cv-1556 JAM CMK P<br><br>**ORDER** |

Defendants' request for an extension of time to file a motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted 45 days, to and including February 27, 2009, to file a motion for summary judgment.

DATED:  January 14, 2009

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE