IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDREW HALL, | No. CIV S-05-1556-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. PLILER, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On July 10, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 10, 2009, are adopted in full;

2. Defendants' motion for summary judgment (Doc. 72) is granted in part;

3. This action proceeds on plaintiff's Eighth Amendment claims against defendants Ranzany and Ugalino and plaintiff's due process claims against defendants Ranzany, Ugalino, Lt. Johnson, Connor, Gold, and Goughnour;

4. Pliler, Shrode, Ewing, Kelly, Clavere, Shoemaker, Baxter, Stiles, Rosario, Lord, Murphy, Rogel, Kimbrell, Peterson, Jaffe, Vance, Dr. Johnson, and Phillippi are terminated as defendants to this action; and

5. The matter is referred back to the Magistrate Judge for further proceedings.

DATED: October 14, 2009

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE