IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,             No. CIV S-05-1556-CMK-P

    Plaintiff,

  vs.                              ORDER

C. PLILER, et al.,

    Defendants.

_____/

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

        On April 22, 2010, the court issued an order setting a trial date and a deadline to file any successive motions for summary judgment. The trial was set for August 31, 2010, and the last day to file a successive motion for summary judgment was May 14, 2010. On May 14, 2010, Defendants filed a motion for summary judgment. To date, Plaintiff has not responded to that motion, and the proper time for so doing has passed.

/ / /

/ / /

1

1  Accordingly, the court finds it appropriate to vacate the current trial date. Once
2 the motion for summary judgment has been addressed, if appropriate, the court may reset a trial
3 date.
4  IT IS SO ORDERED.

6  DATED: June 15, 2010

7  _____
8  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE